JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEPHEN M. FARMER,<br><br>    Plaintiff,<br><br>    vs.<br><br>FOOT LOCKER RETAIL, INC., a business entity form unknown; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-09672-RGK-MBK<br><br>~~[PROPOSED]~~ ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT<br><br>[59] |

The Stipulation of plaintiff STEPHEN M. FARMER ("PLAINTIFF") and defendants Foot Locker Retail, Inc. ("FOOT LOCKER") and SAMUEL RODRIGUEZ for Remand to the Los Angeles County Superior Court has been fully considered by the Court; and,

IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court, Case No. 25CMCV01317, pursuant to the terms of the Stipulation.

All deadlines and hearings on this Court's calendar are vacated.  The Clerk shall close this case.

Dates: 2/11/2026

_Gary Klausner_

R. GARY KLAUSNER
U.S. DISTRICT JUDGE

~~[PROPOSED]~~ ORDER